IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM G. JIMENEZ, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL OFFICER L. BUTLER; CALIFORNIA HIGHWAY PATROL OFFICER C. PRICOLO; UNKNOWN LAW ENFORCEMENT OFFICERS; M. L. BROWN, COMMISSIONER, CALIFORNIA HIGHWAY PATROL, <br><br> Defendants. | Case No. 1:06-cv-01075 AWI SMS <br><br> ORDER |

This matter is before the Court on plaintiff's *ex parte* application for an extension of time to complete service of process and to continue the November 15, 2006 Scheduling Conference.

Good cause appearing, the Court hereby orders as follows:

1. The time for the completion of service of process is hereby extended to  March 1 , 2007,

2. The Scheduling Conference is hereby continued from November 15, 2006 to  April 10, 2007, at 9:00 a.m. before Judge Snyder and

3. A copy of this order shall be served on the defendants as part of the service process.

IT IS SO ORDERED.

**Dated:   October 23, 2006**           /s/ Sandra M. Snyder
icido3                                                     UNITED STATES MAGISTRATE JUDGE

1