**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADAM G. JIMENEZ,**                                      ) | CV **F 06-1075 AWI SMS** |
| **Plaintiff,**                               ) | |
|                                                       ) | **ORDER VACATING** |
| **v.**                                                ) | **HEARING DATE OF MARCH** |
|                                                       ) | **3, 2008, AND TAKING** |
| **CALIFORNIA HIGHWAY PATROL**      ) | **MATTER UNDER** |
| **OFFICER L. BUTLER, et al.,**               ) | **SUBMISSION** |
|                                                       ) | |
| **Defendants.**                            ) | |
| _____ ) | |

Defendant California Highway Patrol and individual defendant M.L. Brown ("Defendants") have noticed a motion for judgment on the pleadings as to plaintiff Adam G. Jiminez's ("Plaintiff's") action for damages and injunctive relief against them. The matter is currently scheduled for oral argument to be held March 3, 2008. The court has reviewed Defendant's motion, Plaintiff's opposition, and the applicable law, and has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 3, 2008, is VACATED, and no party shall appear at that time. As of March 3, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:** ___**February 27, 2008**___         ____**/s/ Anthony W. Ishii**____

1    UNITED STATES DISTRICT JUDGE