EDMUND G. BROWN JR.
Attorney General of the State of California
STEVEN M. GEVERCER
Supervising Deputy Attorney General
HELENE E. SWANSON, State Bar No. 130426
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7874
 Fax: (916) 322-8288
 E-mail: Helene.Swanson@doj.ca.gov

Attorneys for Defendants
M. L. Brown, Officer L. Butler, and Chad Pricolo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ADAM G. JIMENEZ,**<br><br>                    Plaintiff,<br><br>         v.<br><br>**CALIFORNIA HIGHWAY PATROL OFFICER L. BUTLER; CALIFORNIA HIGHWAY PATROL OFFICER C. PRICOLO; UNKNOWN LAW ENFORCEMENT OFFICERS; M. L. BROWN COMMISSIONER, CALIFORNIA HIGHWAY PATROL,**<br><br>                    Defendants. | Case No: 1:06-cv-01075-AWI-SMS<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CERTAIN SCHEDULING CONFERENCE DATES** |

Pursuant to Civil Local Rules 6-144 and 83-143, Plaintiff Adam G. Jimenez, and Defendants M. L. Brown, Officer L. Butler, and Chad Pricolo, through their respective counsel of record **STIPULATE AND AGREE AS FOLLOWS**:

1. On August 9, 2007, the Court entered a Scheduling Order setting forth the following discovery, expert disclosure, and non-dispositive motion deadlines in this matter as follows:

/ / /

/ / /

---

JOINT STIPULATION AND ORDER TO CONTINUE CERTAIN SCHEDULING CONFERENCE DATES
1

1       Expert Disclosure Deadline:      05/16/08

2       Supplemental Expert Disclosure Deadline:      06/13/08

3       Non-Expert Discovery Deadline:      05/09/08

4       Expert Discovery Deadline:      09/05/08

5       Non-Dispositive Motion Deadline:      09/12/08

6     2.     To date, plaintiff and defendants are still engaging in discovery and are attempting to
7 informally resolve discovery disputes. Specifically, defendants agreed to plaintiff's request for a
8 continuance of his deposition from February 27, 2008 to April 4, 2008 and a continuance of the
9 discovery cut-off deadline became necessary.

10     3.     As a result of these ongoing disputes, the parties believe it is desirable to add an
11 additional 40 days of time to complete necessary discovery.

12     4.     The proposed continuation of discovery and expert disclosure deadlines does not
13 change the April 7, 2009, trial date set forth in the Court's Scheduling Conference Order. No
14 previous extension of these dates have been sought by the parties.

15     5.     Accordingly, Plaintiff and Defendants through their respective counsel, concur in the
16 request and respectively request that the Court continue discovery, expert disclosure, and non-
17 dispositive motion deadlines in this matter as follows:

18       Expert Disclosure Deadline:      06/25/08

19       Supplemental Expert Disclosure Deadline:      07/23/08

20       Non-Expert Discovery Deadline:      06/18/08

21       Expert Discovery Deadline:      10/15/08

22       Non-Dispositive Motion Deadline:      10/22/08

23

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

/ / /

1 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

2 | DATED:        March 1, 2008

4 | /s/ Kevin Little
5 | KEVIN LITTLE
Attorney at Law

6 | Attorney for Plaintiff Adam G. Jimenez

8 | DATED:        February 28, 2008

9 | EDMUND G. BROWN JR.
Attorney General of the State of California
10 | STEVEN M. GEVERCER
Supervising Deputy Attorney General

12 | /s/ Helene E. Swanson
HELENE E. SWANSON
13 | Deputy Attorney General

14 | Attorneys for Defendants
M. L. Brown, Officer L. Butler, and Chad Pricolo

16 | **PURSUANT TO STIPULATION,**

18 | IT IS SO ORDERED.

20 | **Dated:   March 5, 2008**            /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND ORDER TO CONTINUE CERTAIN SCHEDULING CONFERENCE DATES
3