UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM G. JIMENEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>L. BUTLER, C. PROCOLO,<br><br>    Defendants.<br>_____/ | 1:06-cv-01075-AWI-SMS<br><br>**ORDER RE: STIPULATION REGARDING IN-CHAMBERS REVIEW OF CONFIDENTIAL RECORDS** (Doc. 34) |

    Pursuant to the April 3, 2008 stipulation and order regarding in-chambers review of confidential records (Doc. 34), the Court was provided with the County of Fresno's personnel file of Plaintiff Adam Jimenez by Attorney for the Probation Department of the County of Fresno, specially appearing, Arthur G. Wille, on May 2, 2008.  Attorney Wille left the entire personnel file with the Court for review.  Accompanying him was Probation Department Head Vicki Passmore.

    Pursuant to stipulation, and good cause appearing, the following documents from Plaintiff's personnel file are deemed to be discoverable as relevant to Plaintiff's complaint for damages and declaratory relief and are ORDERED PRODUCED:

1

    A.    Plaintiff's 4-page employment application for the County of Fresno, undated.

    B.    January 30, 2008 Acceptance of Voluntary Demotion.

    C.    January 25, 2008 Letter from Plaintiff Re: Reassignment.

    D.    Probationary Period Action signed by Vicki Passmore, 6/22/07.

    E.    Employment Application dated 12/27/05.

    F.    Employee Performance Evaluation date stamped 8/16/07.

    G.    Employee Performance Evaluation date stamped 5/1/07.

Deputy Counsel Wille has agreed to copy and serve these documents on Defendants' counsel, Deputy Attorney General Helene E. Swanson, as well as Counsel for plaintiff, Kevin G. Little.

IT IS FURTHER ORDERED that:

(1) Use of these records and information from the records is limited to this present action only;

(2) Disclosure of these records and information from these records is prohibited to non-parties to this action, with the exception of expert witnesses and those individuals to whom disclosure is necessary for the purposes of the litigation (i.e., court reporters, other witnesses, etc.); and,

(3) Any and all copies of these records and information from these records must be returned to the Probation Department within two (2) weeks of the conclusion of this action unless there is a stipulation by counsel to dispose of the copies in some other manner.

//

/

Deputy County Counsel Wille shall pick up the original personnel file of the Plaintiff from the Court on or before July 22, 2008.

IT IS SO ORDERED.

**Dated:   July 7, 2008**                             /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE