KEVIN G. LITTLE,  SBN 149818
ATTORNEY AT LAW
2339 Kern Street, No. 330
Fresno, California 93721
Telephone:  (559) 708-4750
E-mail:kevinglittle@yahoo.com

Attorney for Plaintiff Adam G. Jimenez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| ADAM G. JIMENEZ,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL OFFICER L. BUTLER; CALIFORNIA HIGHWAY PATROL OFFICER C. PRICOLO; UNKNOWN LAW ENFORCEMENT OFFICERS; M. L. BROWN, COMMISSIONER, CALIFORNIA HIGHWAY PATROL,<br><br>　　　　　　　Defendants. | No. 1:06-cv-01075 AWI SMS<br><br> PROTECTIVE ORDER<br>RE: MOTION TO COMPEL SUBPOENAED DOCUMENTS<br>(DOCS. 44, 51) |

TO THE HONORABLE COURT:

This matter came before the Court on November 21, 2008 regarding  the motion of plaintiff Adam Jimenez to compel further responses to the subpoena he caused to be served on real party in interest, the California Department of Justice, Bureau of Forensic Sciences (DOJ-BFS).  The Court has considered the parties' pleadings and oral argument and hereby rules as follows:

IT IS HEREBY ORDERED that plaintiff's motion is granted.  The blood and/or urine test

results of the subjects of the 37 California Highway Patrol reports at issue will be produced within thirty (30) days of the issuance of this Order. Plaintiff is precluded from disseminating or reproducing these files to any third parties, with the exception of necessary litigation support or consultant personnel. At the conclusion of this action, plaintiff shall return or destroy all copies of the documents produced pursuant to this stipulation, as instructed by DOJ-BFS. Plaintiff is also prohibited from contacting any of the test subjects without further Court authorization.

Approved as to form:

        /s/ Connie A. Broussard
Edmund G. Brown, Jr.
Attorney General of the State of California
Alicia M.B. Fowler
Senior Assistant Attorney General
Scott Wyckoff
Supervising Deputy Attorney General
Connie A. Broussard
Deputy Attorney General
Attorneys for Real Party in Interest
California Department of Justice,
Bureau of Forensic Sciences

IT IS SO ORDERED.

**Dated:   December 15, 2008**          **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE