# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM G. JIMENEZ, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL OFFICER L. BUTLER; CALIFORNIA HIGHWAY PATROL OFFICER C. PRICOLO; UNKNOWN LAW ENFORCEMENT OFFICERS; M. L. BROWN, COMMISSIONER, CALIFORNIA HIGHWAY PATROL, <br><br> Defendants. | NEW CASE NUMBER: <br> 1: 06-CV-1075 OWW SMS <br><br> OLD CASE NUMBER: <br> 1: 06-CV-1075 AWI SMS <br><br> ORDER REASSIGNING THIS ACTION TO DISTRICT COURT JUDGE OLIVER W. WANGER |

The court finds it necessary to reassign this action from the docket of District Court Judge Anthony W. Ishii to District Court Judge Oliver W. Wanger. See Local Rule Appendix A(f)(1). The Clerk of the Court is DIRECTED to reassign this action to District Court Judge Oliver W. Wanger.

IT IS SO ORDERED.

**Dated: March 23, 2009**              /s/ Oliver W. Wanger
                                       United States District Court Judge

IT IS SO ORDERED.

**Dated: March 23, 2009**              /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE