KEVIN G. LITTLE, NO. 149818
ATTORNEY AT LAW
6083 N. Figarden Drive, No. 188
Fresno, California 93722
Telephone: (559) 708-4750
Email: kevinlittle@yahoo.com

Attorney for Plaintiff Adam Jimenez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JIMENEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL OFFICER L. BUTLER, ETC.,<br><br>Defendants. | Case No. CIV-F-06-1075 OWW SMS<br><br>ORDER PERMITTING ELECTRONIC EQUIPMENT FOR PURPOSES OF TRIAL |

The trial of the above-captioned matter will commence April 7, 2009 and is anticipated to continue at least through April 10, 2009. During the course of the trial, counsel for the parties are permitted to bring laptop computers and other necessary electronic equipment in to courthouse and courtroom, in order to facilitate the efficient presentation of trial.

IT IS SO ORDERED.

Dated:   April 7, 2009             /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE