**FILED**

**JUDGMENT ENTERED**

_____
Date
by _____A. Timken_____
Deputy Clerk
U.S. District Court
Eastern District of California
__XX___ FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADAM G. JIMENEZ,

    Plaintiff,

vs.

CALIFORNIA HIGHWAY PATROL
OFFICER WILLIAM BUTLER

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION ON JURY VERDICTS**

1:06-CV-01075 OWW/SMS

    PLAINTIFF'S motion to dismiss the complaint as to defendant Chad Pricolo is GRANTED.

    JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED Plaintiff shall recover from Defendant Officer William Butler the sum of $33,000 according to the verdict of trial jury. FURTHER ORDERED that plaintiff shall recover his costs of suit.

DATED: April 10, 2009                           VICTORIA C. MINOR, Clerk

                                                /S/ Alice Timken
                                            By:
                                                   Deputy Clerk
jgm.civ
2/1/95